UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50398
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL ARELLANO-GONZALEZ,
also known as Victor Arellano,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
Civil Docket #EP-00-CR-1656-1-DB
_____

December 27, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Victor Manuel Arellano-Gonzalez on appeal has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Arellano-Gonzalez has received a copy of counsel's motion and brief but has not filed a response.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of the record and counsel's motion and brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  5th Cir. R. 42.2.